SAM JACOBS, an Infant, by TESSIE JACOBS, His Guardian ad Litem, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Order vacating an order of preclusion and permitting plaintiff to serve a bill of particulars affirmed, without costs. The bill of particulars, if not already served, shall be served within ten days from the entry of the order herein. Under the circumstances the defendant should have ample time to prepare for trial and an opportunity for a physical examination of the plaintiff if it be so advised. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

JAMES LEYDEN, Appellant, v. MANHATTAN AND QUEENS TRACTION CORPORATION, Respondent.— Action to recover damages for personal injuries sustained by plaintiff when struck by one of defendant's trolley cars as he was standing on or near the track. On reserved motion on the trial, verdict for plaintiff vacated and judgment rendered for defendant dismissing the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

JOSEPH H. MINDEN, Appellant, v. DAVID S. STERN, Respondent.— Resettled order dated September 15, 1934, granting, on condition, defendant's motion to set aside an inquest and restoring the case to the day calendar for trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

MARTIN MOSCHETTI, Suing on Behalf of Himself and All Other Bondholders under a Certain Trust Indenture, More Specifically Described in the Complaint, Who May Come in and Contribute to the Expense of This Action, Respondent, v. MANUFACTURERS TRUST COMPANY, Individually and as Trustee, etc., Appellant.— Appeal discontinued on consent, without costs. Present — Young, Hagarty, Carswell, Tompkins and Davis, JJ.

JAY D. NEWELL, as Administrator, etc., of BERNARD NEWELL, Deceased, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Action to recover damages for the death of plaintiff's intestate, who fell while alighting from defendant's trolley car, on which he was a passenger. Appeal from judgment in plaintiff's favor. Judgment affirmed, with costs. No opinion. Hagarty, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents and votes for reversal and a new trial upon the ground that the determination of the jury was against the weight of the evidence.

NEW ROCHELLE TRUST COMPANY, Respondent, v. MARGARET X. HEDRICK and Others, Defendants; WILLIAM ARCHIBALD HEDRICK, Appellant.— Order confirming report of official referee and denying motion to vacate and set aside judgment of foreclosure and sale and the deficiency judgment based thereon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Johnston, JJ.